**Opinion issued August 6, 2024**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-24-00330-CV

—————————————

### DEBORAH DURST, Appellant

### V.

### CITY OF GALVESTON, Appellee

---

**On Appeal from the County Court at Law No. 3**
**Galveston County, Texas**
**Trial Court Case No. CV-0091855**

---

## MEMORANDUM OPINION

Appellant, Deborah Durst, filed a notice of appeal from the trial court's March 20, 2024 final judgment. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees

Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On May 24, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by June 24, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On May 22, 2024, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that she had paid or made arrangements to pay the fee for the preparation of the clerk's record by June 21, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.